**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

**CASE NO.: 1:25-cv-09429**

JUNAID MORTIMER,

                Plaintiff,

v.

WUKRERAN, et. al.,

                Defendants.

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT ETCYY STORE</u>

Plaintiff JUNAID MORTIMER by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to the Defendant: ETCYY STORE.


Dated: December 29, 2025        Respectfully submitted,


        */s/ Rachel I. Kaminetzky*
        RACHEL I. KAMINETZKY
        New York Bar Number: 6030647
        Rachel.kaminetzky@sriplaw.com

        **SRIPLAW, P.A.**
        41 Madison Avenue
        25th Floor
        New York, NY 10010
        646.517.3609 – Telephone
        561.404.4353 – Facsimile

        and

        JOEL B. ROTHMAN
        New York Bar Number: 2459576
        joel.rothman@sriplaw.com

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Junaid Mortimer*