UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

CASE NO.: 1:25-cv-09429

JUNAID MORTIMER,

    Plaintiff,

v.

WUKRERAN, et. al.,

    Defendants.

SO ORDERED.
12/29/2025

_____
P. Kevin Castel
United States District Judge

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT ETCYY STORE

Plaintiff JUNAID MORTIMER by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to the Defendant: ETCYY STORE.

Dated: December 29, 2025

Respectfully submitted,

*/s/ Rachel I. Kaminetzky*
RACHEL I. KAMINETZKY
New York Bar Number: 6030647
Rachel.kaminetzky@sriplaw.com

**SRIPLAW, P.A.**
41 Madison Avenue
25th Floor
New York, NY 10010
646.517.3609 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
New York Bar Number: 2459576
joel.rothman@sriplaw.com

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Junaid Mortimer*