## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:25-cv-09429

JUNAID MORTIMER,

      Plaintiff,

v.

Wukreran, *et al*.,

      Defendants.

### WAIVER OF SERVICE OF SUMMONS AND AGREEMENT TO CONTINUE RESTRAINTS

**Defendant:** Forlisea

    I, or the entity I represent, consent to the continuance of restraints on the abovementioned account pursuant to the Temporary Restraining Order entered in this case and pending the hearing on a preliminary injunction.

    I, or the entity I represent, also agree to save the expense of serving a Summons and Complaint in this lawsuit and further agree to waive compliance with the Hague Service Convention.

    I understand that I, or the entity I represent, retain the right to raise defenses or objections to the lawsuit, but in doing so, waive any objections to the absence of a Summons or Service, or to the sufficiency of Service.

    I also understand that I, or the entity I represent, must move, answer, or otherwise respond in this action within 90 days from the date of this executed Waiver, unless the time period is extended by agreement of the parties.

Dated:  December 23, 2025                      Signed,

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

NAME: Xu Li He  
Address:  
Phone:  
Email: 1726887604@qq.com

*Defendant Forlisea*

**Agreed to by:**

*/s/ Rachel I. Kaminetzky*  
RACHEL I. KAMINETZKY  
New York Bar Number: 6030647  
rachel.kaminetzky@sriplaw.com

**SRIPLAW, P.A.**  
41 Madison Avenue  
25th Floor  
New York, NY 10010  
646.517.3609 – Telephone  
561.404.4353 – Facsimile

*Counsel for Plaintiff Junaid Mortimer*