**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

**CASE NO.: 1:25-cv-09429**

JUNAID MORTIMER,

　　　　　Plaintiff,

v.

WUKRERAN, et. al.,

　　　　　Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT**
**WEIYIXING**

Plaintiff JUNAID MORTIMER by and through his undersigned counsel, and pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to the

Defendant: weiyixing.

Dated: January 21, 2026　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　*/s/ Rachel I. Kaminetzky*
　　　　　　　　　　　　　　　RACHEL I. KAMINETZKY
　　　　　　　　　　　　　　　New York Bar Number: 6030647
　　　　　　　　　　　　　　　Rachel.kaminetzky@sriplaw.com

　　　　　　　　　　　　　　　**SRIPLAW, P.A.**
　　　　　　　　　　　　　　　41 Madison Avenue
　　　　　　　　　　　　　　　25th Floor
　　　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　　　646.517.3609 – Telephone
　　　　　　　　　　　　　　　561.404.4353 – Facsimile

　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　JOEL B. ROTHMAN
　　　　　　　　　　　　　　　New York Bar Number: 2459576
　　　　　　　　　　　　　　　joel.rothman@sriplaw.com
　　　　　　　　　　　　　　　**SRIPLAW, P.A.**
　　　　　　　　　　　　　　　21301 Powerline Road

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Junaid Mortimer*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS